HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone:  (213) 489-3222
Facsimile:   (213) 623-7929
E-mail: kmcnamara@hfdclaw.com

Attorneys for Defendants EMP MANAGEMENT GROUP, LTD. GROUP SHORT AND LONG TERM DISABILITY INSURANCE PROGRAM, and RELIANCE STANDARD LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. STIERS, M.D. | CASE NO. C 07 1301 CRB |
| Plaintiff, | Action Filed: March 6, 2007 |
| v. | **STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| EMP MANAGEMENT GROUP, LTD. GROUP SHORT AND LONG TERM DISABILITY INSURANCE PROGRAM, and RELIANCE STANDARD LIFE INSURANCE COMPANY, | |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Plaintiff WILLIAM J. STIERS, M.D. and defendants EMP MANAGEMENT GROUP, LTD. GROUP SHORT AND LONG TERM DISABILITY INSURANCE PROGRAM and RELIANCE STANDARD LIFE INSURANCE COMPANY, by and through their respective attorneys of record, hereby stipulate and agree that this action shall be dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

DATED: October 29, 2007

HARRINGTON, FOXX, DUBROW & CANTER, LLP
MARK W. FLORY
KEVIN P. McNAMARA

By:  /s/ Kevin P. McNamara
    KEVIN P. McNAMARA
Attorneys for Defendants, EMP MANAGEMENT GROUP, LTD. GROUP SHORT AND LONG TERM DISABILITY INSURANCE PROGRAM and RELIANCE STANDARD LIFE INSURANCE COMPANY

DATED: October 29, 2007

LAW OFFICES OF JOHN P. LYNCH

By:  /s/ John P. Lynch
    JOHN P. LYNCH
Attorneys for Plaintiff WILLIAM J. STIERS, M.D.

# **ORDER**

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated: __October 31____ , 2007

_____
United States District Court Judge



IT IS SO ORDERED
Judge Charles R. Breyer